In re OPTICAL TECHNOLOGIES, INC., RECOMM Enterprises, Inc., RECOMM Operations, Inc., RECOMM International Display Corp. Ltd., Automated Travel Center, Inc., RECOMM International Display Corp., RECOMM International Display, Ltd., RECOMM International Corp., Debtors.

Finova Capital Corporation, Plaintiff,

v.

Jon Martin, Individually, and Ancha, Inc., Doing Business As Roger Pharmacy, Defendants.

Bankruptcy Nos. 96–00805–8P1, 96–01200–8P1, 96–01201–8P1, 96–01202–8P1, 96–01203–8P1, 98–02134–8P1, 98–02135–8P1, 98–02136–8P1.

Adversary No. 02–110.

United States Bankruptcy Court, M.D. Florida, Tampa Division.

Feb. 3, 2006.

John D. Goldsmith, Trenam, Kemker, Scharf, et al., Tampa, FL, for Debtors.

*ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING FINOVA CAPITAL CORPORATION'S RENEWED MOTION FOR SUMMARY*

ALEXANDER L. PASKAY, Bankruptcy Judge.

(Doc. No. 63 and 68)

THE MATTERS under consideration in these confirmed Chapter 11 cases of Optical Technologies, Inc., and its several affiliates, collectively referred to as the RECOMM Debtors, are Defendant's Motion for Summary Judgment (Doc. No. 63) and a Renewed Motion for Summary Judgment (Doc. No. 68) filed by Finova Capital Corporation, the Plaintiff in the above-captioned adversary proceeding.

It is the conclusion of this Court that the crucial issue, the adequacy of notice, is not

suitable for a summary disposition. Based on the foregoing, the Defendant's Motion for Summary Judgment and Finova Capital Corporation's Renewed Motion for Summary Judgment are hereby denied.

Accordingly it is

ORDERED, ADJUDGED AND DECREED that Finova Capital Corporation's Renewed Motion for Summary Judgment (Doc. No. 68) be, and the same is hereby, denied. It is further

ORDERED, ADJUDGED AND DECREED that the Defendant's Motion for Summary Judgment (Doc. No. 63) be, and the same is hereby, denied. It is further

ORDERED, ADJUDGED AND DECREED that a pretrial conference shall be held on _____, 2006, beginning at _____.m. at Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, to schedule the matter for trial.

DONE AND ORDERED.